**Entered on Docket
September 30, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

---

David Mincin, Esq.
Nevada Bar No. 5427
LAW OFFICES OF RICHARD MCKNIGHT, P.C.
330 S. Third Street #900
Las Vegas, Nevada 89101
dmincin@lawlasvegas.com
Phone: 702-388-7185
Fax: 702-388-4393
*Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| Re:<br><br>RAINBOW 215, LLC,<br><br>　　　　　　　　　　　Debtor. | Case No.: BK-S-09-23414-BAM<br><br>Chapter: 11<br><br>OST Hearing Date:  October 20, 2009<br>OST Hearing Time:  9:30 AM |
|---|---|

**ORDER SHORTENING TIME ON AMENDED MOTION TO
APPROVE STIPULATED CASH COLLATERAL ORDER**

　　Good cause appearing therefore,

　　IT IS HEREBY ORDERED that the time for hearing of the above-entitled matter be, and the same will be, heard on the  20  of   October  , 2009, at the hour of  9:30  a .m.

　　DATED this ___ day of September, 2009.

_____
U.S. BANKRUPTCY COURT JUDGE

/ / /

Page 1 of 2

W:\2009\2804rain.ch11\Order Shortening Time Re Mtn To Determine Adequate Protection...DMcb...9-25-09.wpd September 28, 2009 (1:59pm)

1 | Submitted by:

2 | LAW OFFICES OF RICHARD McKNIGHT, P.C.

3 |

4 | By:    /s/   David Mincin
        David Mincin, Esq.
        Nevada State Bar No. 5427
5 |     330 S. Third St., #900
        Las Vegas, NV 89101
6 |     *Attorneys for Debtor*

Page 2 of 2

W:\2009\2804rain.ch11\Order Shortening Time Re Mtn To Determine Adequate Protection...DMcb...9-25-09.wpd September 28, 2009 (1:59pm)