1  David Mincin, Esq.
   Nevada Bar No. 5427
2  LAW OFFICES OF RICHARD MCKNIGHT, P.C.
   330 S. Third Street #900
3  Las Vegas, Nevada 89101
   dmincin@lawlasvegas.com
4  Phone: 702-388-7185
   Fax: 702-388-4393
5  *Attorney for Debtor*

6              **UNITED STATES BANKRUPTCY COURT**

7                    **DISTRICT OF NEVADA**

8   Re:                                    Case No.: BK-S-09-23414-BAM

9   RAINBOW 215, LLC,                      Chapter: 11

10                           Debtor.       Hearing Date:  March 2, 2010
                                           Hearing Time: 10:00 a.m.
11

12       **APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES AND COSTS**

13          The Application of the debtor, Rainbow 215, LLC, respectfully represents that:

14          1.      The LAW OFFICE OF RICHARD MCKNIGHT, P.C. are the attorneys of record for the

15  debtor in the above proceedings.  The debtor makes this Application for Allowance of

16  reasonable attorneys' fees for professional services actually rendered to the debtor herein, and

17  for reimbursement of proper costs and expenses incurred by it in the performance of said

18  services;

19          2.      All services for which compensation is requested were performed in connection

20  with the bankruptcy herein.  All services were performed after the filing of the Petition for

21  Relief under Chapter 11 and were in connection with the duties prescribed to the debtor by the

22  Order of the Bankruptcy Court;

23          3.      The Order Approving Employment of Counsel was entered on November 6,

24  2009.

25          4.      Work performed by the LAW OFFICE OF RICHARD MCKNIGHT, P.C.  for the

26  applicable period ranging from June 16, 2009 through December 31, 2009 is as follows:

27

28                              Page 1 of 3

*(left margin, vertical text)* Law Offices of Richard McKnight, P.C. · 330 S. THIRD STREET· SUITE 900 · LAS VEGAS, NEVADA 89101-6032 · VOICE: 702-388-7185~~~FAX: 702-388-0108

1    Flat fee work in excess of 20 hours for pre-petition consultation, preparation of

2    bankruptcy schedules, preparation of petition and schedules, attendance at Initial Debtor

3    Interview, attendance at 341 meeting.

4    Hourly work in excess of 25 hours for preparation of initial motions to approve cash

5    collateral order with City National Bank, motions to approve employment of debtor's counsel

6    and property manager, motions to approve leases with IHOP, ACL Tan, and Cloud 9, review

7    and response to objections, attendance at hearings to approve, drafting of orders granting the

8    same..

9    Hourly work in excess of 30 hours preparation of initial disclosure statement and

10    proposed plan of reorganization, review and response to objections, attendance at hearings to

11    approve disclosure statement.

12    Hourly work in excess of 25 hours for miscellaneous tasks including contacting and

13    securing expert witnesses, ongoing consultation with client, negotiations with City National

14    Bank and other creditors, filing and pursuit of other motions.

15    5.    Attached hereto is Exhibit "A" which details a portion of the LAW OFFICE OF

16    RICHARD MCKNIGHT, P.C. 's activities in this matter, as well as charges therefor;

17    6.    The LAW OFFICE OF RICHARD MCKNIGHT, P.C. has incurred unpaid fees and costs

18    in the amount of $21,270.83 (fees: $20,117.50, costs: $1,153.33) from June 16, 2009 through

19    December 31, 2009;

20    7.    No prior fee applications have been filed.

21    8.    The hourly rates and the persons working during this time period are as follows:

| ATTORNEY NAME | HOURLY RATE | HOURS OF THIS APPLICATION | FEE |
|---|---|---|---|
| David Mincin, Esq. | $250.00 | 79.00 Hours[1] | $19,750.00 |
| Matthew McAlonis, Esq. | $175.00 | 2.10 Hours | $367.50 |

---

[1] This excludes flat fee hours incurred by DM.

W:\2009\2804rain.ch11\Applic For Administrative Attorneys Fees...DMcb...12-9-09.wpd                    January 28, 2010 (3:16pm)

| ATTORNEY NAME | HOURLY RATE | HOURS OF THIS APPLICATION | FEE |
|---|---|---|---|

TOTAL FEES: $20,117.50

9.    No agreement or understanding exists between the LAW OFFICE OF RICHARD MCKNIGHT, P.C. and any other person for the sharing of compensation to be received for services rendered in connection with this case or any adversary proceeding.

10.    Funds available in the estate to pay the claim for attorneys' fees consist of approximately $3,948.50.

Debtor prays for an Order allowing the sum of $21,270.83 as and for reasonable attorneys' fees and costs incurred by the LAW OFFICE OF RICHARD MCKNIGHT, P.C. as outlined hereinabove.

DATED this 28th day of January 2010.

LAW OFFICES OF RICHARD MCKNIGHT, P.C.

By:   /s/   David Mincin
       David Mincin, Esq.
       Nevada State Bar No. 5427
       330 S. Third Street #900
       Las Vegas, Nevada 89101
       *Attorneys for Debtor*

W:\2009\2804rain.ch11\Applic For Administrative Attorneys Fees...DMcb...12-9-09.wpd          January 28, 2010 (3:16pm)