David Mincin, Esq.
Nevada Bar No. 5427
LAW OFFICES OF RICHARD MCKNIGHT, P.C.
330 S. Third Street #900
Las Vegas, Nevada 89101
dmincin@lawlasvegas.com
Phone: 702-388-7185
Fax: 702-388-4393
*Attorney for Debtor*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| Re:<br><br>RAINBOW 215, LLC,<br><br>Debtor. | Case No.: BK-S-09-23414-BAM<br><br>Chapter: 11<br><br>Hearing Date: May 3, 2011<br>Hearing Time: 10:00 a.m. |
|---|---|

**APPLICATION FOR ALLOWANCE OF PROFESSIONAL FEES AND COSTS FOR KENNETH FUNSTEN/ FAMCO**

The Application of the debtor, Rainbow 215, LLC, respectfully represents that:

1. The debtor makes this Application for Allowance of reasonable administrative fees for professional services actually rendered to the debtor herein by Kenneth Funsten, CFA of FAMCO in the above proceedings. and for reimbursement of proper costs and expenses incurred by it in the performance of said services;

2. All services for which compensation is requested were performed in connection with the bankruptcy herein. All services were performed after the filing of the Petition for Relief under Chapter 11 and were in connection with the duties prescribed to the debtor by the Order of the Bankruptcy Court;

3. An Application To Employ Funsten was filed on February 26, 2010. Per the application, Funsten agreed to work for a flat fee of $15,000 plus costs. Funsten has been paid $10,000 to date.

4. The Order Approving Employment of Professional was entered on March 16, 2010.

Page 1 of 3

1     5.    Work performed by Funsten for the applicable period ranging from March 15, 2010 and June 20 through June 21, 2010 is as follows:

    Review Debtor's finances, preparation of expert witness report, offer opinions in support of confirmation concerning commercially reasonable interest rates and terms for a loan secured by Debtor's real property, testify at deposition and confirmation hearing.

    As the court is familiar from trial, Mr. Funsten prepared a detailed expert witness report which was marked as an exhibit at the trial on confirmation hearing and Mr. Funsten testified at the confirmation hearing on behalf of debtor. Mr. Funsten's testimony was necessary to help the court establish an appropriate rate of interest to govern ongoing payments to secured creditor City National Bank.

    In addition to fees for time expended, Mr. Funsten incurred expenses traveling to Las Vegas for his deposition and then for the confirmation hearing.

    5.    Attached hereto is Exhibit "A" which details a the dates of expenses, as well as charges therefor;

    6.    FAMCO has received payment of $10,000.00;

    7.    FAMCO has incurred unpaid fees and costs in the amount of $5,136.77 (fees: $5,000.00, costs: $136.77) from March 15, 2010 and June 20, 2010 through June 21, 2010;

    8.    No prior fee applications have been filed and this is expected to be the final application for Funsten.

    9.    The hourly rates and the persons working during this time period are as follows:

| PROFESSIONAL NAME | FLAT RATE | FEES PAID | FEES OWED |
|---|---|---|---|
| Kenneth Funsten, CFA | $15,000.00 | $10,000.00 | $5,000.00 |
| TOTAL FEES: | | | $5,000.00 |

    10.    No agreement or understanding exists between FAMCO and any other person for the sharing of compensation to be received for services rendered in connection with this case or any adversary proceeding.

Debtor prays for an Order allowing the sum of $5,136.77 as and for reasonable professional fees and costs incurred by FAMCO as outlined hereinabove.

DATED this 29th day of March, 2011.

LAW OFFICES OF RICHARD MCKNIGHT, P.C.

By: /s/ David Mincin
David Mincin, Esq.
Nevada State Bar No. 5427
330 S. Third Street #900
Las Vegas, Nevada 89101
*Attorneys for Debtor*

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of The Law Offices of Richard McKnight, and on the 29th day of March, 2011, service of a true and correct copy of the APPLICATION FOR ALLOWANCE FOR PROFESSIONAL FEES AND COSTS was made by:

[X]    ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below: and/or

ATHANASIOS E. AGELAKOPOULOS on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 athanasios.agelakopoulos@usdoj.gov

PHILIP S. GERSON on behalf of Creditor Clark County Delinquent Tax Division banknv@rocgd.com, mburgener@rocgd.com

BRIAN E HOLTHUS on behalf of Creditor City National bankruptcy@juww.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

ANNA JANE I ZARNDT on behalf of Creditor City National BANKRUPTCY@JUWW.COM

/s/ Carol Burke
An Employee of Law Offices of Richard McKnight

Page 3 of 3

# EXHIBIT A

**Kenneth Funsten business expenses for reimbursement**
**Rainbow 215 case #09-23414**
As of 6/22/10

Please make reimbursement payable to Funsten Asset Management Company

Funsten Asset Management Company
121 Outrigger Mall
Marina del Rey, CA  90292


March, 2010 deposition in Las Vegas

| | | |
|---|---|---|
| 3/15 | $3.77 | meal |
| 3/15 | $30.00 | airport parking |

June, 2010 court appearance in Las Vegas

| | | |
|---|---|---|
| 6/20 | $40.00 | taxi |
| 6/21 | $23.00 | meal |
| 6/21 | $40.00 | taxi |

**$136.77**    **Total**

*Lunch   Las Vegas*

```
HMSHost Burger King Store #7853
            Main Rotunda
   McCarran International Airport

1193 Cynthia
----------------------------------
8723  MAR15'10  12:51PM
----------------------------------

  1 DBL CHEESEBURGER         3.49

    Subtotal                 3.49
    Tax                      0.28
    Amt Paid                 3.77
    Cash                     4.00
    Change Due               0.23

           THANK YOU
            HMSHOST
   COMMENTS? Call 702 261-4342
  ** EMPLOYMENT OPPORTUNITIES **
             Go to
         www.hmshost.com
         click on careers
```

Your order number is...

*Business trip*
*my cash*

*Pkg*

```
        LAX AIRPORT LOT P 1
            1 WORLD WAY
      LOS ANGELES, CA. 90045-5803
             310-646-2911

Merchant ID: 8014672383
Term ID: 0031940008014672383018

               Sale

xxxxxxxxxxxx0969
VISA                Entry Method: Swiped

Total:                   $      30.00

03/15/10                     15:11:33
Inv #: 007999        Appr Code: 01517C
Apprvd: Online

            Customer Copy
             THANK YOU!
```

Rainbow 215

Kof cash

3 SFD, CANNOT PROCESS CC

3 SFD, CANNOT PROCESS CC

Hotel to Airport

DRIVER COPY

---

CASH RECEIPT

X_____
SIGNATURE
CAB#:      2823
DATE:      6/21/2010
St.TIME:   12:05
End TIME:  12:23
VOUCH#:    5488
TOT.FARE:  $ 37.70

1-800-222-TAXI   3.30

$40.00

PASSENGER COPY

---

CASH RECEIPT
CAB#:      2823
DATE:      6/21/2010
St.TIME:   12:05
End TIME:  12:23
VOUCH#:    5488
TOT.FARE:  $ 37.70

1-800-222-TAXI


LUCKY CAB  702-477-7555  Las Vegas, Nevada

---

Rainbow 215

RLW, INC. LV SPORTS LOUNGE
McCARRON INT'L AIRPORT
LAS VEGAS, NEVADA
CHECK:      3604
TABLE:      5/1
SERVER:     703 GEORGE
DATE:       JUN21'10  1:02PM
CARD TYPE:  VISA
ACCT #:     XXXXXXXXXXXX0969
EXP DATE:   XX/XX
AUTH CODE:  00517D
RESEARCH:   000000000000
         KENNETH B FUNSTEN

SUBTOTAL:          19.44

$23.00 total

5/1         3604       GST 1
     JUN21'10 12:46PM

1 12-BMT              10.99
1 DRAFT, 20oz          6.99
    Subtotal......... 17.98
    Tax..............  1.46
12:46 Amnt Due.. $19.44
                   3.56
                $ 23.00

---

Driver#_____ Cab#_____
Rainbow 215
To: Hotel                Kof cash
From: Airport
                         35.40
6/20/10                   4.60
Date:_____ Amount:$ 40.00